affirmed, with costs. No opinion. Present — Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ.

John Muller, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

John A. Murray, Respondent, v. Robert B. Hull, Appellant, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and case remitted to the Special Term for trial upon the ground that the issues as framed do not correctly present the issues as raised by the pleadings, and upon the further ground that the complicated questions of accounts involved in the trial of this action render it impracticable to try the same before a jury. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Sarah Neary, as Administratrix, etc., of Michael Neary, Deceased, Respondent, v. The Citizens' Railroad, Light and Power Company, Appellant.— Order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred,

Michael O'Dwyer, as Trustee in Bankruptcy, etc., of Charles Sandberg and Edward L. Feek, and the Firm of Sandberg & Feek, Bankrupts, Appellant, v. Castle Square Opera Company, Respondent. (Appeal No. 1.) — Order of January 24, 1910, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Michael O'Dwyer, as Trustee in Bankruptcy, etc., of Charles Sandberg and Edward L. Feek, and the Firm of Sandberg & Feek, Bankrupts, Appellant, v. Castle Square Opera Company, Respondent. (Appeal No. 2.) — Order of February 8, 1910, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. Alexander M. Ross, Respondent, v. John T. Dooling and Others, Commissioners, Composing the Board of Elections of the City of New York, Appellants.— Orders affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Herman G. Rabinowitz and Samuel Perlo, Respondents, v. Malake Zraick, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

The I. S. Remson Manufacturing Company, Appellant, v. Charles Wells, Defendant. Frank Zerillo and Emanuel Zerillo, Respondents.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the decision was against the weight of the evidence. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Samuel Rochkind [deceased] and Abraham Cohen and Abraham Mirkin [Surviving partners], Copartners, Composing the Firm of Rochkind, Cohen & Company, Appellants, v. Judah Jacobson, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Rich, JJ., concurred.

Roys System Company, Respondent, v. Louis Bonert, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.